CASE UNSEALED PER ORDER OF COURT

SEALED

FILED
JAN 31 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '14 CR0224 MMA |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm; Title 18, U.S.C., Sec. 924(d)(1), Title 28, U.S.C., Sec. 2461(c), and Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |
| ISRAEL SOTO (1), aka Izzy, aka EZ, AZIEL VIVEROS-NAVARRO (2), aka Pariente, JESSICA QUEZADA (3), NATHAN DEREK GARDNER (4), aka Nick, GALE MASON (5), | |
| Defendants. | |

The grand jury charges:

Count 1

Beginning on a date unknown but at least as early as March 1, 2013, and continuing up to and including January 23, 2014, within the Southern District of California, and elsewhere, defendants ISRAEL SOTO, aka Izzy, aka EZ, AZIEL VIVEROS-NAVARRO, aka Pariente, JESSICA QUEZADA, NATHAN DEREK GARDNER, aka Nick, and GALE MASON, did knowingly and intentionally conspire with each other and with other persons

ADBL:nlv:San Diego
1/30/14

known and unknown to the grand jury to distribute methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

It is further alleged that the amount involved in the conspiracy attributable to defendants ISRAEL SOTO, aka Izzy, aka EZ, AZIEL VIVEROS-NAVARRO, aka Pariente, JESSICA QUEZADA, NATHAN DEREK GARDNER, aka Nick, and GALE MASON, as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is at least 5 grams of methamphetamine (actual).

It is further alleged that the amount involved in the conspiracy attributable to defendants ISRAEL SOTO, aka Izzy, aka EZ, AZIEL VIVEROS-NAVARRO, aka Pariente, JESSICA QUEZADA, NATHAN DEREK GARDNER, aka Nick, and GALE MASON, as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is at least 50 grams of methamphetamine (actual).

                                Count 2

On or about August 27, 2013, within the Southern District of California, defendant NATHAN DEREK GARDNER, aka Nick, did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: approximately 190.2 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

                                Count 3

On or about August 27, 2013, within the Southern District of California, defendant NATHAN DEREK GARDNER, being a person who had previously been convicted in a court, that is, the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about August 4, 2006, of

Possession of a Controlled Substance for Sale, in violation of California Health & Safety Code, Section 11378, did knowingly and unlawfully possess in and affecting commerce a firearm, that is, a Charter Arms Bulldog .44 caliber revolver, serial number 832250; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 4

On or about August 27, 2013, within the Southern District of California, defendant GALE MASON, did knowingly and intentionally possess, with intent to distribute, 5 grams and more, to wit: approximately 31.9 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 4 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses alleged in Counts 1 through 3 of this Indictment, defendant NATHAN DEREK GARDNER, aka Nick, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to, a Charter Arms Bulldog .44 caliber revolver, serial number 832250. All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

3. The allegations contained in Counts 1, 2 and 4 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

4. As a result of the commission of the felony offenses alleged in Counts 1, 2 and 4 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants ISRAEL SOTO, aka Izzy, aka EZ, AZIEL VIVEROS-NAVARRO, aka Pariente, JESSICA QUEZADA, NATHAN DEREK GARDNER, aka Nick, and GALE MASON, shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1, 2 and 4 of this indictment.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants -

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

//

//

```
 1  it is the intent of the United States, pursuant to Title 21, United
 2  States Code, Section 853(p), to seek forfeiture of any other property
 3  of the defendant up to the value of the said property listed above as
 4  being subject to forfeiture.
 5  All in violation of Title 21, United States Code, Section 853.
 6       DATED: January 31, 2014.
```

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
A. DALE BLANKENSHIP
Assistant U.S. Attorney